176 A.3d 217

IN THE MATTER OF THE EXPUNGEMENT OF THE AR-REST/CHARGE RECORDS OF T.B. IN THE MATTER OF THE EXPUNGEMENT OF THE ARREST/CHARGE RECORDS OF J.N.-T. IN THE MATTER OF THE EXPUNGEMENT OF THE ARREST/CHARGE RECORDS OF R.C.

M–324 September Term 2017
079813

November 30, 2017

ORDER

It is ORDERED that the motion of J.N.-T., for a stay is granted, in part, and the stay is limited to the portion of the judgment of the Superior Court, Appellate Division, that vacated J.N.-T.'s order of expungement.